CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Chris Carson, Esq., SBN 280048
Dennis Price, Esq., SBN 279082
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385
(888) 422-5191 fax
amandas@potterhandy.com

Attorneys for Plaintiff, RAFAEL ARROYO JR.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL ARROYO JR., | Case No.: 2:20-cv-02486-CJC-MRW |
| Plaintiff, | **NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL CURRENTLY SET DATES** |
| v. | |
| Han-Pomona Square, LLC; Evergreen Grocer, Inc.; and Does 1-10, | |
| Defendants. | |

The plaintiff hereby notifies the court that a global settlement has been reached in the above-captioned case and the parties would like to avoid any additional expense, and to further the interests of judicial economy.

The plaintiff, therefore, applies to this Honorable Court to vacate all currently set dates with the expectation that the Joint Stipulation for Dismissal with prejudice as to all parties will be filed within 60 days.

Dated: June 18, 2020          CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Lockhart Seabock
Amanda Lockhart Seabock
Attorneys for Plaintiff